AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brenneman Jr, Hugh W. | USDC Michigan Western | 05/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge-Full Time | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

580 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Gerald R. Ford Council, BSA |
| 2. Trustee | Family Trust #1 |
| 3. Trustee | Family Trust #2 |
| 4. Ex Officio Trustee | Historical Society for the United States District Court for the Western District of Michigan |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market Savings (L1) | A | Interest | J | T | | | | | |
| 2. J.P. Morgan Chase Bank(accounts) (L2) | A | Interest | J | T | | | | | |
| 3. Central MI Univ 7.30% Rev Bond (L4) | B | Interest | | | Redeemed | 10/31/12 | K | C | |
| 4. Eastern Mich Univ 4.00% Rev Bond (L5) | A | Interest | | | Redeemed | 06/01/12 | K | | |
| 5. Goodrich MI Area Sch Dist 4.30% (L6) | A | Interest | K | T | | | | | |
| 6. Grand Rapids MI Dwntown 7.5% Muni Bond (L7) | A | Interest | J | T | | | | | |
| 7. Lowell MI Area Schs 6.40% Muni Bond (L8) | B | Interest | K | T | | | | | |
| 8. Michigan Mun Bd Auth 7.30% Rev Bond (L9) | A | Interest | | | Redeemed | 06/15/12 | J | A | |
| 9. Okemos MI Pub Sch Dist 4.25% Muni Bond (L11) | A | Interest | K | T | | | | | |
| 10. Morrice Area Sch Dist 4.00% Muni Bond (L12) | A | Interest | K | T | | | | | |
| 11. Lincoln Pk MI Sch Dist 4.125% Muni Bond (L13) | A | Interest | | | Sold | 08/15/12 | K | A | |
| 12. Michigan St 4.25% Muni Bond (L14) | A | Interest | J | T | | | | | |
| 13. Blackrock Muni YD MI InsII (L15) | A | Int./Div. | J | T | | | | | |
| 14. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 15. Blackrock Muniyield Qlty (L16) | B | Dividend | K | T | | | | | |
| 16. Michigan St Univ Revs (L17) | B | Interest | K | T | | | | | |
| 17. Powershares Fin Pfd (L18) | B | Dividend | | | Sold | 05/23/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Inc (L19) | A | Dividend | | | Sold | 08/27/12 | J | B | |
| 19. Conoco Phillips (L20 | A | Dividend | | | Sold | 05/23/12 | J | | |
| 20. Duke Energy Corp New (L22) | A | Dividend | | | Sold | 05/23/12 | J | A | |
| 21. Kraft Foods Inc Va Cl A (L23) | A | Dividend | | | Sold | 05/23/12 | J | A | |
| 22. PPL Corporation (L24) | A | Dividend | | | Sold | 05/23/12 | J | | |
| 23. Verizon Communications Com (L25) | A | Dividend | | | Sold | 08/27/12 | J | B | |
| 24. Grand Rapids Mich Cmnty College 4.25% | A | Interest | J | T | Buy | 06/26/12 | J | | |
| 25. Blackrock Muniyield MI Qlty | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 26. Nuveen Prem Inc Muni 4 | A | Dividend | K | T | Buy | 09/28/12 | K | | |
| 27. Fidelity Intermediate Muni Income (L74) | C | Dividend | J | T | | | | | |
| 28. Fidelity Municipal Income (L75) | C | Dividend | J | T | | | | | |
| 29. ML BIF MI Municipal Money Fund (L77) | A | Dividend | K | T | | | | | See Note Part VIII |
| 30. FIA Card Services NA (L78) | A | Interest | J | T | | | | | |
| 31. Raymond James Bank Deposit Program (L79) | A | Interest | J | T | | | | | |
| 32. Polaris Choice II Annuity (SunAmerica Ann & Life) (L80) | B | Int./Div. | L | T | | | | | |
| 33. MI Ed Sav Prog (L81) | A | Int./Div. | J | T | | | | | |
| 34. - Manager Alloc (L82) | | | | | Sold | 12/12/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - 100% Equity Option (L83) | | | | | Sold | 12/10/12 | K | D | |
| 36. - Guaranteed Option (L84) | | | | | Sold | 12/10/12 | J | A | |
| 37. Family Trust #1 (L85) | D | Dividend | O | T | | | | | |
| 38. - RMA Money Mkt (L86) | | | | | | | | | |
| 39. - American Funds Amcap Fund Cl A (L87) | | | | | | | | | |
| 40. - American Funds Bond Fund of America Cl A (L88) | | | | | | | | | |
| 41. - American Funds New Perspective Fund Cl A (L89) | | | | | | | | | |
| 42. - American Funds Washington Mutual Inv Fund Cl A (L90) | | | | | | | | | |
| 43. - American Funds Capital World Growth & Income (L91) | | | | | | | | | |
| 44. - American Funds Income Fund of America Cl A (L92 | | | | | | | | | |
| 45. Family Trust #2 (L93) | E | Int./Div. | M | T | | | | | |
| 46. - ING USA Annuity & Life Insurance Co. (L94) | | | | | | | | | |
| 47. - Hartford Life & Annuity Insurance Co. (L95) | | | | | | | | | |
| 48. - Allegan Cnty Mich Bldg Auth Bk Qual FSA B/E /R/4.5 5/1(L96 | | | | | | | | | |
| 49. - American Funds Bond Fund Of America Cl A (L97) | | | | | | | | | |
| 50. - Fifth Third Bancorp (L98) | | | | | | | | | |
| 51. - Nuveen MI Premium Income Muni Fd (L99) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Polaris II Annuity (L100) | B | Int./Div. | K | T | | | | | |
| 53. - Davis Venture Value (L101) (Y) | | | | | | | | | |
| 54. - Davis Real Estate Portfolio (L102) (Y) | | | | | | | | | |
| 55. - Lord Abbett Mid Cap Value Portfolio (L103) (Y) | | | | | | | | | |
| 56. - Putnam Emerging Markets Portfolio (L104) (Y) | | | | | | | | | |
| 57. - American Funds Growth Fd (L105) (Y) | | | | | | | | | |
| 58. - American Funds Global Growth Fd (L106) (Y) | | | | | | | | | |
| 59. - MFS Total Return Fd (L107) (Y) | | | | | | | | | |
| 60. - Van Kampen LIT Comstock (L108) (Y) | | | | | | | | | |
| 61. - Wellington Natural Resources Portfolio (L109) (Y) | | | | | | | | | |
| 62. Perspective II Annuity (Jackson National Life) (L110) | | None | M | T | | | | | |
| 63. Raymond James - IRA (L111) | E | Int./Div. | O | T | | | | | |
| 64. - Capital Income Builder Fund (American Funds) (L112) | | | | | Sold | 08/15/12 | J | | |
| 65. - Capital World Bond Fund (American Funds) (L113) | | | | | | | | | |
| 66. - Capital One Bank Glen Allen VA 5% (L114) | | | | | Redeemed | 08/15/12 | K | B | |
| 67. - Discover Bank Greenwood, DE CD 5.0% (L115) | | | | | Redeemed | 08/08/12 | K | A | |
| 68. - Mizrahi Tefahot Bank Los Angeles CA CD 2.25% (L118) | | | | | Redeemed | 01/28/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Safra National Bank of New York, New York NY CD 3.00%(119 | | | | | Redeemed | 02/06/12 | K | | |
| 70. - First Eagle Global Fund Class A M/F (L123) | | | | | Sold (part) | 08/15/12 | K | D | |
| 71. - AT&T Incorporated (L124) | | | | | | | | | |
| 72. - ALCOA Incorporated (L125) | | | | | | | | | |
| 73. - Dow Chemical Company (L126) | | | | | | | | | |
| 74. - Microsoft Corporation (L127) | | | | | | | | | |
| 75. - Verizon Communications Incorporated (L128) | | | | | | | | | |
| 76. - Calamos Strategic Totl Return Fund (L129) | | | | | Sold | 03/28/12 | J | | |
| 77. - Artisan Mid Cap Value Fund Investor Class N/L (L131) | | | | | Sold (part) | 08/13/12 | K | C | |
| 78. - DWS RREEF Real Estate Secutities Fund Class A(Scdr)(L133 | | | | | Sold (part) | 08/15/12 | J | B | |
| 79. - Europacific Growth Fund Class F (American Funds) (L134) | | | | | | | | | |
| 80. - First Eagle Overseas Fund Class A (L135) | | | | | | | | | |
| 81. - Keeley Small Cap Value Fund Cl A (L137) | | | | | Sold (part) | 07/05/12 | J | A | |
| 82. | | | | | Sold | 08/15/12 | J | A | |
| 83. - Oppenheimer International Bond Fund Class A (L138) | | | | | Sold (part) | 07/05/12 | J | A | |
| 84. | | | | | Sold (part) | 08/15/12 | K | C | |
| 85. - PIMCO Commodity Real Return Strategy Fund Class A (L139) | | | | | Sold (part) | 08/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Raymond James Bank Deposit Program (L140) | | | | | | | | | |
| 87. - Harris NA Chicago, IL 1.50% #16571 (L143) | | | | | Redeemed | 07/16/12 | K | | |
| 88. - Baxter International Incorporated (L144) | | | | | | | | | |
| 89. - Freeport-Mcmoran Copper & Gold (L145) | | | | | | | | | |
| 90. - Gentex Corporation (L146) | | | | | | | | | |
| 91. - UGI Corporation New (L147) | | | | | | | | | |
| 92. - Bank Of America NA Charlotte, NC 2.00% #3510 (L148) | | | | | Redeemed | 12/31/12 | K | | |
| 93. - First Eagle Fund of America Class A M/F (L149) | | | | | Sold (part) | 08/15/12 | K | C | |
| 94. - Ivy Global Natural Resources Fund Class A M/F (L150) | | | | | Sold (part) | 07/05/12 | J | | |
| 95. | | | | | Sold | 08/15/12 | J | | |
| 96. - Alliance Bernstein High Income Fund Class A M/F | | | | | Buy | 07/20/12 | J | | |
| 97. - Applied Matls Incorporated | | | | | Buy | 02/07/12 | J | | |
| 98. - Bankwest Pierre SD FDIC #4009 CD | | | | | Buy | 07/25/12 | K | | |
| 99. - CIT Bank Salt Lake City UT FDIC #35575 CD | | | | | Buy | 10/12/12 | K | | |
| 100. - Corning Incorporated | | | | | Buy | 02/02/12 | J | | |
| 101. - Exelon Corporation | | | | | Buy | 02/07/12 | J | | |
| 102. | | | | | Sold | 06/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Freeport-Mcmoran Copper & Gold | | | | | Buy | 06/29/12 | J | | |
| 104. - Gentex Corporation | | | | | Buy | 06/29/12 | J | | |
| 105. - HSBC Bank USA NA Mclean, VA FDIC # 57890 CD | | | | | Buy | 02/13/12 | K | | |
| 106. | | | | | Redeemed | 11/02/12 | K | | |
| 107. - Linn Energy LLC Unit Ltd Liab | | | | | Buy | 02/02/12 | J | | |
| 108. - Mizrahi Tefahot Bank Los Angeles CA CD 2.10% | | | | | Buy | 01/09/12 | K | | |
| 109. | | | | | Redeemed | 10/09/12 | K | | |
| 110. - Providian NB (JPMorgan Chase Bank NA) FDIC # 628 CD | | | | | Buy | 02/06/12 | K | | |
| 111. | | | | | Redeemed | 08/15/12 | K | | |
| 112. - Templeton Global Bond Fund Class A M/F | | | | | Buy | 07/20/12 | J | | |
| 113. - The Yacktman Fund N/L | | | | | Buy | 03/28/12 | J | | |
| 114. Merrill Lynch - IRA #1 (L151) | B | Dividend | L | T | | | | | |
| 115. - FIA Card Services NA RASP (L152) | | | | | Closed | 01/30/12 | J | | |
| 116. - Du Ppnt E I De Nemours (L163) | | | | | Sold | 01/30/12 | J | | |
| 117. - Johnson and Johnson Corn (L197) | | | | | Sold | 01/03/12 | J | | |
| 118. - Southern Company (L198) | | | | | Sold | 01/30/12 | J | | |
| 119. - General Mills (L205) | | | | | Sold | 01/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Intel Corp (L206) | | | | | Sold | 01/30/12 | J | | |
| 121. - Kimberly Clark (L207) | | | | | Sold | 01/30/12 | J | | |
| 122. - Paychex Inc (L208) | | | | | Sold | 01/23/12 | J | A | |
| 123. Merrill Lynch - IRA #2 (L211) | D | Dividend | M | T | | | | | |
| 124. - FIA Card Services NA RASP (L212) | | | | | | | | | |
| 125. - Retirement Rsrvs Cl 1 (L213) | | | | | Sold | 03/01/12 | J | | |
| 126. - Apple Computer Inc (L214) | | | | | Sold (part) | 06/25/12 | J | D | |
| 127. - Ishares Barclys 1-3 Yr Treas Index Fund (L215) | | | | | Sold | 03/01/12 | J | | |
| 128. - Conoco Phillips (L248) | | | | | Buy (add'l) | 03/01/12 | J | | |
| 129. | | | | | Sold | 05/21/12 | K | | |
| 130. - Paychex Inc (L253) | | | | | Sold (part) | 03/19/12 | J | A | |
| 131. | | | | | Sold | 09/24/12 | K | A | |
| 132. - Verizon Communications Com (L267) | | | | | Sold | 05/21/12 | K | C | |
| 133. - Johnson and Johnson Com (L277) | | | | | Sold | 07/23/12 | K | A | |
| 134. - Allergan Inc (L283) | | | | | Buy (add'l) | 02/03/12 | J | | |
| 135. - Intl Business Machines (L285) | | | | | Sold | 05/18/12 | J | B | |
| 136. - Southern Company (L290) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Kimberly Clark (L292) | | | | | Buy (add'l) | 03/01/12 | J | | |
| 138. | | | | | Sold (part) | 04/23/12 | J | | |
| 139. - Nextera Energy Inc Shs (L298) | | | | | Sold | 05/31/12 | J | B | |
| 140. - Du Pont E I De Nemours (L306) | | | | | | | | | |
| 141. - Monsanto Co New Del Com (L307) | | | | | Sold | 01/23/12 | J | A | |
| 142. - Exelon Corporation (L308) | | | | | Sold | 01/05/12 | J | | |
| 143. - Freeprt-McMran Cpr & Gld (L309) | | | | | Sold | 03/05/12 | J | | |
| 144. - Qualcomm Inc (L312) | | | | | Buy (add'l) | 03/01/12 | J | | |
| 145. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 146. | | | | | Sold | 11/09/12 | J | C | |
| 147. - Qualcomm Inc | | | | | Buy | 12/17/12 | J | | |
| 148. - PPL Corporation (L313) | | | | | Buy (add'l) | 09/14/12 | J | | |
| 149. - Disney (Walt) Co Com Stk (L314) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 150. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 151. - Humana Inc (L315) | | | | | Sold | 05/01/12 | J | A | |
| 152. - Apache Corp | | | | | Buy | 01/05/12 | J | | |
| 153. | | | | | Sold | 06/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - AT&T Incorporated | | | | | Buy | 06/08/12 | J | | |
| 155. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 156. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 157.  - Chevron Corp | | | | | Buy | 08/06/12 | J | | |
| 158. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 159. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 160. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 161.  - Eli Lilly & Co | | | | | Buy | 08/02/12 | J | | |
| 162. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 163. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 164.  - Emerson Elec Co | | | | | Buy | 01/18/12 | J | | |
| 165. | | | | | Sold | 12/24/12 | J | A | |
| 166.  - General Electric | | | | | Buy | 09/14/12 | J | | |
| 167. | | | | | Buy | 10/26/12 | J | | |
| 168.  - Ishares Barclys 20+ Yr Treas Index Fund | | | | | Buy | 03/01/12 | K | | |
| 169. | | | | | Sold | 03/20/12 | K | | |
| 170.  - Ishares Barclys 3-7 Yr Treas Bd Fund | | | | | Buy | 09/22/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 03/01/12 | K | A | |
| 172. - Merck And Co Inc Shs | | | | | Buy | 01/30/12 | J | | |
| 173. | | | | | Sold | 07/23/12 | J | A | |
| 174. - Potash Corp Saskatchewan | | | | | Buy | 01/27/12 | J | | |
| 175. | | | | | Sold | 05/11/12 | J | | |
| 176. - Powershares Fin Pfd | | | | | Buy | 03/01/12 | J | | |
| 177. - United Techs Corp Com | | | | | Buy | 01/17/12 | K | | |
| 178. | | | | | Sold | 03/19/12 | K | A | |
| 179. - United Techs Corp Com | | | | | Buy | 12/11/12 | K | | |
| 180. | | | | | Sold | 12/24/12 | K | A | |
| 181. Merrill Lynch - IRA #3 (L316) | A | Dividend | K | T | | | | | |
| 182. - Apple Inc (L317) | | | | | Sold | 01/09/12 | J | | |
| 183. - Freeprt-Mcmran Cpr & Gld (L318) | | | | | Sold | 01/09/12 | J | | |
| 184. - Goldman Sachs Group Inc (L319) | | | | | Sold | 01/09/12 | J | | |
| 185. - FIA Card Services NA RASP | | | | | Buy | 01/30/12 | K | | |
| 186. - Spectra Energy Corp | | | | | Buy | 01/09/12 | J | | |
| 187. - Verizon Communications Com | | | | | Buy | 01/09/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Du Ppnt E I De Nemours | | | | | Buy | 01/30/12 | J | | |
| 189.  - Allergan Inc | | | | | Buy | 05/07/12 | J | | |
| 190.  - AT&T Inc | | | | | Buy | 06/08/12 | J | | |
| 191. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 192.  - Chevron Corp | | | | | Buy | 09/14/12 | J | | |
| 193.  - Eli Lilly & Co | | | | | Buy | 03/01/12 | J | | |
| 194.  - General Electric | | | | | Buy | 03/01/12 | J | | |
| 195. | | | | | Buy (add'l) | 05/07/12 | J | | |
| 196.  - Home Depot Inc | | | | | Buy | 09/14/12 | J | | |
| 197.  - Kimberly Clark | | | | | Buy | 01/05/12 | J | | |
| 198. | | | | | Buy (add'l) | 04/04/12 | J | | |
| 199. | | | | | Buy (add'l) | 05/07/12 | J | | |
| 200. | | | | | Buy (add'l) | 7/5/12 | J | | |
| 201. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 202.  - Qualcomm Inc | | | | | Buy | 12/17/12 | J | | |
| 203. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Lines 33-36, 37-44, 45-51, 52-61, 63-113, 114-122, 123-180, 181-202 Are being treated as Aggregate Ownership Arrangements.

Part VII, line 29 - This asset was formerly known as MLCMA MI Municipal Money Fund.

Part VII, line 53 - Davis Venture Value - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 54 - Davis Real Estate Portfolio - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 55 - Lord Abbett Mid Cap Value Portfolio - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 56 - Putnam Emerging Markets Portfolio - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 57 - American Funds Growth Fd - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 58 - American Funds Global Growth Fd - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 59 - MFS Total Return Fd - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 60 - Van Kampen LIT Comstock - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

Part VII, line 61 - Wellington Natural Resources Portfolio - The filer does not own the underlying assets AND cannot control the selection of assets. The underlying assets should not be reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Hugh W. Brenneman Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544